UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BAIRN, LLC, | )  Case No. 21-40249 |
| | ) |
| Debtor. | ) |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Debtor, Bairn, LLC.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/ Weston E. Overturf*
Weston E. Overturf, Atty. No. 27281-49
OVERTURF FOWLER LLP
9102 N. Meridian Street, Suite 555
Indianapolis, IN 46260
(317) 559-3647
wes@ofattorneys.com

*Attorney for Debtor and Debtor-in-Possession*