UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                                    )
                                          )
BAIRN, LLC,                               )        Case No. 21-40249
                                          )
          Debtor.                         )

### NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On October 7, 2021, Bairn, LLC as debtor and debtor-in-possession (**"Debtor"**)

by counsel, filed its *Application to Employ Overturf Fowler LLP as Debtor's Counsel*

*Effective as of the Petition Date* (the "**Application**"), asking the court to enter an Order

allowing and authorizing Debtor to retain Overturf Fowler LLP ("**OFA**") for the purposes

of the following requested legal advice and services, including but not limited to the

following:

a) Preparation of filings and applications and conducting examinations necessary to the administration of this matter;

b) Advice regarding Debtor's rights, duties, and obligations as debtor-in-possession;

c) Performance of legal services associated with and necessary to the day-to-day operations of the business, including, but not limited to, institution and prosecution of necessary legal proceedings, loan restructuring, and general business and corporate legal advice and assistance, all of which are necessary to the proper preservation and administration of the estate;

d) Negotiation, preparation, confirmation, and consummation of a plan of reorganization; and

e) Taking any and all other necessary action incident to the proper preservation and administration of the estate in the conduct of Debtor's business.

*See* Application ¶ 8.

As set forth in the engagement agreement, attached to the Application as Exhibit

B, OFA will bill Debtor based on its customary hourly rates for work of this nature,

further details of which can be found in the Application ¶ 24, 25.

A copy of the Application is attached to this notice as **Exhibit A**.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the Application, then **on or before October 28, 2021**, (21 days pursuant to Fed.R.Bankr.P. 2002(a)(6)) and N.D. Ind. B-2002-2(24) you or your attorney must:

1.    File a written objection to the Application, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

United States Bankruptcy Court
Northern District of Indiana
Charles A. Halleck Federal Building
230 North Fourth Street, Room 105
Lafayette, IN 47901-1322

If you mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

2.  You must also serve a copy of your objection upon:

Weston E. Overturf
Sarah L. Fowler
Anthony T. Carreri
9102 N. Meridian St. Suite 555
Indianapolis, IN 46260

If you do not file an objection by the date it is due, the court may grant relief requested without holding a hearing. If you do file an objection, the court will set the Application for hearing, which you or your attorney will be expected to attend.

Dated: October 7, 2021

Respectfully submitted,

 */s/ Sarah L. Fowler*
Sarah L. Fowler, Attorney No. 30621-49
Anthony T. Carreri, Attorney No. 36107-49

Overturf Fowler LLP
9102 N. Meridian St. Suite 555
Indianapolis, Indiana 46260
(317)  559-3387
sfowler@ofattorneys.com
acarreri@ofattorneys.com

*Counsel for Debtor and Debtor in Possession*